UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TAVNER COOK,<br><br>      Petitioner,<br><br>      v.<br><br>L. LUNDY, Warden<br><br>      Respondent. | No. 2:23-cv-01107-KK-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Response to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Petitioner's stay-related motions (ECF 13-18) are denied.
3. Based on Petitioner's Response and his sworn declaration reflecting his intent to proceed only on Grounds Two and Three (ECF 36 at 3), Ground One of the Petition is dismissed without prejudice.

4. The action shall proceed on Grounds Two and Three only.

5. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: February 26, 2024

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE