1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

TAVNER COOK,

    Petitioner,

  v.

L. LUNDY, Warden,

    Respondent.

No. 2:23-cv-01107-KK-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

   ACCORDINGLY, IT IS ORDERED:

   1.  The Report and Recommendation is accepted.

   2.  The Petition is denied.

   3.  Judgment shall be entered dismissing this action with prejudice.

1    4.    The Court Clerk shall serve this Order and the Judgment on all

2    counsel or parties of record.

3

4    DATED: ___January 24, 2025___

5    _____

6    HONORABLE KENLY KIYA KATO
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28