JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TAVNER COOK,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>L. LUNDY, Warden,<br><br>　　　　Respondent. | No. 2:23-cv-01107-KK-BFM<br><br>**JUDGMENT** |

　　Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

　　IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: January 24, 2025

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE